IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYISHA ALLEN and JAMES ALLEN,<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>    Defendant. | CIVIL ACTION<br><br><br>NO. 14-7367 |

## O R D E R

**AND NOW**, this 11th day of March, 2015, after consideration of Defendant State Farm Mutual Automobile Insurance Company's ("State Farm's") Partial Motion to Dismiss and supporting brief (ECF 4), Plaintiffs Myisha and James Allen's Opposition (ECF 5), and Defendant State Farm's Reply (ECF 6), it is hereby **ORDERED** that Defendant State Farm's Partial Motion to Dismiss (ECF 4) is **GRANTED** and Count Two of Plaintiffs' Complaint (ECF 1 at 11-16) is **DISMISSED WITHOUT PREJUDICE** and with leave to amend. In addition, pursuant to Federal Rule of Civil Procedure 11(b)(2) & (c)(3), Plaintiffs' counsel is **ORDERED TO SHOW CAUSE** within 14 days why sanctions in the form of attorney's fees and costs should not be awarded to Defendant due to Plaintiffs' failure to cite or acknowledge any current, post-Twombly precedential case law.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 14\14-7367 allen v. state farm\14cv7367.order.MotionToDismiss.03.10.2015.docx